B6C (Official Form 6C) (04/10)

In re  *Nhan V. Luu*    ,    Case No. *10-63268*
Debtor(s)    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| furniture and furnishings | Calif. C.C.P. §704.020(a) | $ 1,000.00 | $ 1,000.00 |
| clothes | Calif. C.C.P. §704.020(a) | $ 500.00 | $ 500.00 |
| CalPers | Calif. C.C.P. §704.115 | $ 40,799.00 | $ 40,799.00 |
| Honda Accord 2007 | Calif. C.C.P. §704.010 | $ 707.00 | $ 18,000.00 |
| Mobile Home | Calif. C.C.P. §704.730(a)(1) | $ 35,000.00 | $ 35,000.00 |
| Earning withholdings | Calif. C.C.P. §704.070(b)(2) | $ 2,637.00 | $ 2,637.00 |

Page No. *1* of *1*

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case: 10-63268   Doc# 10   Filed: 02/14/11   Entered: 02/14/11 09:56:37   Page 1 of 1